## CAMUS *et al*, v. BIG STONE CITY.

(Opinion filed July 2, 1902.)

Appeal from circuit court, Grant county. Hon. A. W. CAMPBELL, Judge.

Petition by Henry Camus and others to disconnect and exclude certain property from the corporate limits of Big Stone City. From a judgment for plaintiffs, defendant appeals. Reversed.

*Thomas L. Bouck,* for appellant.

*George S. Rix,* for respondents.

PER CURIAM. For the reasons stated in Oehler v. Big Stone City, 16 S. D., 86, 91 N. W. 450, the judgment of the circuit court in this action is reversed, and a new trial ordered.